1028

[No. 67237-1-I.   Division One.   December 17, 2012.]

MARY ANN HARRIS, *Appellant*, v. SUSAN WABEY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-12643-1, Jean A. Rietschel, J., entered April 26, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, J., and Ellington, J. Pro Tem.

[No. 67410-2-I.   Division One.   December 17, 2012.]

WARREN E. BELL, *Appellant*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-06003-9, Kenneth L. Cowsert, J., entered June 16, 2011. *Affirmed* by unpublished per curiam opinion.

[No. 67446-3-I.   Division One.   December 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSON SCOTT WHITFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00769-1, Jay V. White, J., entered July 15, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 67454-4-I.   Division One.   December 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXIMO ARROYO-MIRANDA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00523-1, Steven J. Mura, J., entered June 30, 2011. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.